## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing "Plaintiff's Motion For Leave To Amend Pretrial Statement on July 7 2005, by Federal Express/Overnight mail, postage prepaid, addressed as follows:

Brian D. Fife, Esq.
Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc.
2222 West Grandview Blvd.
Erie, Pa.  16506-4509

Respectfully submitted,

_____
Janice M. Colagrande
Paralegal