**CaseFile:**     **Schulze**

---

**Exhibit**     1     **Doc #**     2                              **Depo. Ex.**   P2              **Doc Date**   11/3/1998

**Author/Source**   United States Patent Office              **Recipient**        Schulze, et. al; Public Record

**Summary**   Patent for Concrete Slab Saver, Patent Number 5,829,213 (Slab Saver Patent)

---

**Exhibit**     2     **Doc #**     229                          **Depo. Ex.**                   **Doc Date**   11/23/2004

**Author/Source**   U.S. Patent and Trademark Office         **Recipient**        Todd M. Schulze

**Summary**   U.S. Patent Number US 6,820,390 B2 titled Weldment Plate Spacer Support.  Patent filed 10/16/02.
This is a continuation in part of application No. 09/777,400 filed on 2/6/01.

---

**Exhibit**     3     **Doc #**     230                          **Depo. Ex.**                   **Doc Date**   11/30/2004

**Author/Source**   U.S. Patent and Trademark Office         **Recipient**        Todd M. Schulze; Clayton E.

**Summary**   U.S. Patent Number US 6,823,635 B2 titled Weldment Plate Spacer/ Support.  Patent filed 2/6/01.

---

**Exhibit**     4     **Doc #**     50                           **Depo. Ex.**   P50             **Doc Date**

**Author/Source**   Todd Schulze                             **Recipient**        Clayton Schulze

**Summary**   Copy of first drawing of Stud Extension done by Todd Schulze.

---

**Exhibit**     5     **Doc #**     40                           **Depo. Ex.**   P40             **Doc Date**

**Author/Source**   Todd Schulze                             **Recipient**        Clayton Schulze

**Summary**   Todd's sketches of successive ideas he came up with during 1993 and 1994, given to Clayton

---

**Exhibit**     6     **Doc #**     42                           **Depo. Ex.**                   **Doc Date**

**Author/Source**   Todd Schulze                             **Recipient**        Clayton Schulze

**Summary**   One of Todd's original sketches of the Slab Saver. Circa. 1993.

**CaseFile:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 7 | **Doc #** | 57 | **Depo. Ex.** | P57 | **Doc Date** | |
| **Author/Source** | Todd Schulze | | | **Recipient** | Clayton Schulze | | |
| **Summary** | Series of drawings of the Slab Saver. | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 8 | **Doc #** | 41 | **Depo. Ex.** | P41 | **Doc Date** | |
| **Author/Source** | Todd and Brandi Schulze | | | **Recipient** | Clayton Schulze | | |
| **Summary** | Drawing given to Clayton Schulze to illustrate how the slab saver device will fit into the form. | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 9 | **Doc #** | 43 | **Depo. Ex.** | P43 | **Doc Date** | |
| **Author/Source** | Fukuvi | | | **Recipient** | | | |
| **Summary** | Section of Slab Saver prototype developed by Fukuvi, U.S.A. | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 10 | **Doc #** | 71 | **Depo. Ex.** | | **Doc Date** | |
| **Author/Source** | Todd Schulze | | | **Recipient** | | | |
| **Summary** | Drawing of Slab Saver with tapered edges drawn by Todd Schulze | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 11 | **Doc #** | 191 | **Depo. Ex.** | | **Doc Date** | |
| **Author/Source** | | | | **Recipient** | | | |
| **Summary** | Sample of Slab Saver, white plastic. | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 12 | **Doc #** | 192 | **Depo. Ex.** | | **Doc Date** | |
| **Author/Source** | | | | **Recipient** | | | |
| **Summary** | Cross section of prototype of Slab Saver (round head) | | | | | | |

**CaseFile:**    **Schulze v. Schulze**

| | | | | | |
|---|---|---|---|---|---|
| **Exhibit** | 13 | **Doc #** | 193 | **Depo. Ex.** | **Doc Date** |
| **Author/Source** | | | | **Recipient** | |

**Summary**  Cross section of prototype of Slab Saver (arrow head)

| | | | | | |
|---|---|---|---|---|---|
| **Exhibit** | 14 | **Doc #** | 195 | **Depo. Ex.** | **Doc Date** |
| **Author/Source** | | | | **Recipient** | |

**Summary**  Cross section of prototype of Slab Saver ("arrow head" design)

| | | | | | |
|---|---|---|---|---|---|
| **Exhibit** | 15 | **Doc #** | 194 | **Depo. Ex.** | **Doc Date** |
| **Author/Source** | | | | **Recipient** | |

**Summary**  Cross section of prototype of Slab Saver (convex "T" head)

| | | | | | |
|---|---|---|---|---|---|
| **Exhibit** | 16 | **Doc #** | 225 | **Depo. Ex.** | **Doc Date** |
| **Author/Source** | Panel Systems, Inc. | | | **Recipient** | |

**Summary**  Panel Systems, Inc. brochure for the Slab Saver for Tilt-Up Wall Panels.  Describes what a Slab Saver is, facts, installation directions and photos depicting how it is used in construction..

| | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | 17 | **Doc #** | 61 | **Depo. Ex.** | P61 | **Doc Date** |
| **Author/Source** | Fukuvi | | | **Recipient** | | |

**Summary**  Sample section of "Slab Saver" given to Clayton Schulze by Fukuvi representative.

| | | | | | |
|---|---|---|---|---|---|
| **Exhibit** | 18 | **Doc #** | 239 | **Depo. Ex.** | **Doc Date** |
| **Author/Source** | | | | **Recipient** | |

**Summary**  Demonstrative Weldment Plate with Nelson Studs

**CaseFile:**   **Schulze v. Schulze**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 19 | **Doc #** | 196 | **Depo. Ex.** | | **Doc Date** | |

**Author/Source** | **Recipient**

**Summary**  Piece of Nelson Stud and Stud Extensions, to demonstrate their operation.

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 20 | **Doc #** | 220 | A | **Depo. Ex.** | **Doc Date** | |

**Author/Source**   Todd and Brandi Schulze | **Recipient**

**Summary**  Photograph of stud extensions installed in form for concrete slab.

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 21 | **Doc #** | 220 | B | **Depo. Ex.** | **Doc Date** | |

**Author/Source**   Todd and Brandi Schulze | **Recipient**

**Summary**  Photograph of stud extensions installed in form for concrete slab.

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 22 | **Doc #** | 220 | C | **Depo. Ex.** | **Doc Date** | |

**Author/Source**   Todd and Brandi Schulze | **Recipient**

**Summary**  Photograph of stud extensions installed in form for concrete slab.

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 23 | **Doc #** | 59 | **Depo. Ex.** | P59 | **Doc Date** | 4/24/1995 |

**Author/Source**   Clayton Schulze, Todd Schulze | **Recipient**   USPTO

**Summary**  Slab Saver Patent Application.

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 24 | **Doc #** | 68 | **Depo. Ex.** | P68 | **Doc Date** | 1/22/2001 |

**Author/Source**   Clayton E. Schulze and Todd M. | **Recipient**   Fukuvi, USA

**Summary**  Fukuvi License Agreement  (Fukuvi Contract)

**CaseFile:**

| **Exhibit** | 25 | **Doc #** | 9 | **Depo. Ex.** | P9 | **Doc Date** | 2/23/2001 |

**Author/Source**   Richard K. Thomson                          **Recipient**   Clayton Schulze

**Summary**   Patentability Report, cover page only, dated February 23, 2001, concerning Square Tie Wire.


| **Exhibit** | 26 | **Doc #** | 4 | **Depo. Ex.** | P4 | **Doc Date** | |

**Author/Source**   Richard K. Thomson                          **Recipient**   Public Record

**Summary**   Stud Extension background portion for the application of the patent, prepared by Mr. Richard K.


| **Exhibit** | 27 | **Doc #** | 21 | **Depo. Ex.** | P21 | **Doc Date** | 2/6/2001 |

**Author/Source**   USPTO                          **Recipient**   Richard K. Thomson

**Summary**   Filing receipt for the original Stud Extension patent application.


| **Exhibit** | 28 | **Doc #** | 3 | **Depo. Ex.** | P3 | **Doc Date** | 12/21/2000 |

**Author/Source**   Clayton Schulze                          **Recipient**   Richard K. Thomson

**Summary**   Invoice from Richard Thompson to Clayton Schulze, bearing a note from Clayton Schulze instructing
Mr. Thompson that the Stud Extension patent be put in Todd's name alone.


| **Exhibit** | 29 | **Doc #** | 22 | **Depo. Ex.** | P22 | **Doc Date** | |

**Author/Source**   Clayton Schulze and Richard K.                          **Recipient**   USPTO

**Summary**   Declaration for the Patent Application for the Stud Extension (Weldment Plate Spacer Support).  The
copy contains notations from Clayton Schulze to Richard K. Thomson, indicating "this is Todd's


| **Exhibit** | 30 | **Doc #** | 16 | **Depo. Ex.** | P16 | **Doc Date** | 12/2/2002 |

**Author/Source**   Richard K. Thomson                          **Recipient**   USPTO

**Summary**   Request for Reconsideration of the rejection of Claims 12-14 by Patent Examiner.

**CaseFile:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 31 | **Doc #** | 27 | **Depo. Ex.** | P27 | **Doc Date** | 5/1/2002 |
| **Author/Source** | Clayton Schulze | | | **Recipient** | USPTO | | |

**Summary** Clayton Schulze's sworn declaration for his "continuation in part" application for the Stud Extension. He swears he is the inventor.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 32 | **Doc #** | 33 | **Depo. Ex.** | P33 | **Doc Date** | 4/30/2002 |
| **Author/Source** | Richard K. Thomson, for Clayton | | | **Recipient** | USPTO | | |

**Summary** Preliminary Amendment Cancelling Claims 1-11 of the original application, and substituting claims

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 33 | **Doc #** | 24 | **Depo. Ex.** | P24 | **Doc Date** | 2/27/2003 |
| **Author/Source** | USPTO | | | **Recipient** | Public Record | | |

**Summary** Patent Application Publication for the Slab Saver (Weldment Plate Spacer Support)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 34 | **Doc #** | 14 | **Depo. Ex.** | P14 | **Doc Date** | |
| **Author/Source** | Clayton Schulze | | | **Recipient** | Richard K. Thomson | | |

**Summary** Letter from Clayton Schulze to Richard K. Richard K. Thomson, on Hobo stationery, indicating a copy of the judgment in favor of Clayton and against Todd and Brandi is enclosed.  Amount of

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 35 | **Doc #** | 35 | **Depo. Ex.** | P35 | **Doc Date** | 9/18/2003 |
| **Author/Source** | Richard K. Thomson, for Clayton | | | **Recipient** | USPTO | | |

**Summary** Amendment to Clayton Schulze's individual patent application, cancelling claim 16 and adding claims 25-28.   This contains a cut-and-paste of Todd Schulze's claims.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 36 | **Doc #** | 6 | **Depo. Ex.** | P6 | **Doc Date** | |
| **Author/Source** | Richard K. Thomson | | | **Recipient** | Public Record | | |

**Summary** Square Tie Wire application for patent

**CaseFile:**

**Exhibit**     37     **Doc #**     7                          **Depo. Ex.**     P7          **Doc Date**     4/5/2002

**Author/Source**     USPTO                                   **Recipient**     Richard K. Thomson

**Summary**     Notice to Richard K. Thomson that his power of attorney for Todd Schulze had been revoked


**Exhibit**     38     **Doc #**     166                        **Depo. Ex.**                      **Doc Date**

**Author/Source**     William Van Royen, Esq.                   **Recipient**     USPTO

**Summary**     Annotated Amendment being filed on behalf of Clayton Schulze for a revival of abandoned patent 08/432,904.


**Exhibit**     39     **Doc #**     122                        **Depo. Ex.**                      **Doc Date**     11/19/1999

**Author/Source**     Bob Cameron (Panel Systems)               **Recipient**     Clayton Schulze (Hobo

**Summary**     Facsimile transmittal of information on Panel Systems.  Requesting Schulze call to discuss mutual


**Exhibit**     40     **Doc #**     126                        **Depo. Ex.**                      **Doc Date**     11/30/1999

**Author/Source**     Bob Cameron                               **Recipient**     Clayton Schulze, cc:  Ric

**Summary**     Transmittal of signed, Exclusive Marketing Agreement between Panel Systems and Hobo Construction.  (Agreement and initial plurchase order are referenced but not attached.)


**Exhibit**     41     **Doc #**     143                        **Depo. Ex.**                      **Doc Date**     11/22/1999

**Author/Source**     Clayton Schulze (Hobo Construction)       **Recipient**     Panel Systems

**Summary**     Signed, Slab Saver Exclusive Sales and Distribution Agreement between Hobo Construction and Panel Systems.  On Hobo Construction stationery, signed by Clayton for "HoBo Const. Co."


**Exhibit**     42     **Doc #**     210                        **Depo. Ex.**                      **Doc Date**     11/5/1999

**Author/Source**     Clayton E. Schulze (Hobo                  **Recipient**     Trident Construction Supply

**Summary**     Letter to Trident Construction Supply forwarding sample and brochure regarding the Slab Saver.

**CaseFile:**     **Schulze v. Schulze**

| **Exhibit** | 43 | **Doc #** | 211 | **Depo. Ex.** | | **Doc Date** | 11/22/1999 |

**Author/Source**     Clayton Schulze (Hobo Construction)     **Recipient**     Bob Cameron, Panel Systems

**Summary**     Agreement, on HOBO stationery, proposing an exclusive agreement between Hobo Construction and Panel Systems, Inc. for Slab Saver distribution.

| **Exhibit** | 44 | **Doc #** | 52 | **Depo. Ex.** | P52 | **Doc Date** | 3/25/2002 |

**Author/Source**     James R. Steadman, Esq., for Springfield Plastics     **Recipient**     Clayton Schluze

**Summary**     Letter from legal cousel for Springfield Plastics to Clayton Schulze, regarding Clayton's demand upon Springfield Plastics that SPI collect a "royalty" of ten cents per piece on all supports shipped to Todd Schulze.  SPI refuses.

| **Exhibit** | 45 | **Doc #** | 55 | **Depo. Ex.** | P55 | **Doc Date** | 8/7/2002 |

**Author/Source**     James E. Beyer, Esq., representing Fukuvi     **Recipient**     Dennis LaPointe

**Summary**     Letter in which Mr. Beyer states that Clayton will only agree to have Fukuvi USA send separate royalty checks to Todd and to Clayton if Todd agrees the previous, contested distributions were

| **Exhibit** | 46 | **Doc #** | 58 | **Depo. Ex.** | P-58 | **Doc Date** | |

**Author/Source**     **Recipient**

**Summary**     Rust colored section of Slab Saver, made by Hobo Construction.

| **Exhibit** | 47 | **Doc #** | 44 | **Depo. Ex.** | P44 | **Doc Date** | 7/29/2002 |

**Author/Source**     Clayton E. Schulze     **Recipient**     Dennis G. LaPointe

**Summary**     Letter to Attorney LaPointe forwarding a copy of judgment against Acme Products, Mr. T's Rebar, Inc., Todd M. Schulze, Brandi L. Elliott and Brandi L. Schulze.  Indicates he has contacted Fukuvi and instructed it to make royalty checks in name of Hobo Construction Co.  Attached is the judgment. (July 29, 2002 Letter C. Schulze to LaPointe)

**CaseFile:**    **Schulze v. Acme**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 48 | **Doc #** | 49 | **Depo. Ex.** | P-49 | **Doc Date** | 12/21/2000 |

**Author/Source**    Clayton Schulze                **Recipient**    Todd Schulze

**Summary**    Letter to Todd indicating that Clayton had asked Mr. Thomson to search Todd's idea of the "Stud Spacer." Also indicates that he paid the bill for Mr. Thomson to search the idea. Clayton also suggests that Todd put another name on the patent (Brandi). Attached to the letter is an invoice from Richard K. Thomson dated 12/21/00 in the amount of $240.00. Note on invoice from Clayton Schulze indicates that Mr. Thomson should put Todd M. Schulze on the patent application. (12/21/00

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 49 | **Doc #** | 197 | **Depo. Ex.** | | **Doc Date** | 3/27/2002 |

**Author/Source**    Dennis G. LaPoint, Esq.                **Recipient**    Todd & Brandi Schulze

**Summary**    Invoice for Professional Services Rendered by Dennis LaPointe, Esq. on behalf of Todd and Brandi Schulze regarding patent.

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 50 | **Doc #** | 198 | **Depo. Ex.** | | **Doc Date** | 4/26/2002 |

**Author/Source**    Dennis G. LaPointe, Esq.                **Recipient**    Todd and Brandi Schulze

**Summary**    Invoice for Professional Services Rendered by Dennis LaPointe, Esq. on behalf of Todd and Brandi Schulze regarding patent.

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 51 | **Doc #** | 199 | **Depo. Ex.** | | **Doc Date** | 5/17/2002 |

**Author/Source**    Dennis G. LaPointe, Esq.                **Recipient**    Todd and Brandi Schulze

**Summary**    Invoice for Professional Services Rendered by Dennis LaPointe, Esq. on behalf of Todd and Brandi Schulze regarding patent.

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 52 | **Doc #** | 200 | **Depo. Ex.** | | **Doc Date** | 6/10/2002 |

**Author/Source**    Dennis G. LaPointe, Esq.                **Recipient**    Todd and Brandi Schulze

**Summary**    Invoice for Professional Services Rendered by Dennis LaPointe, Esq. on behalf of Todd and Brandi Schulze regarding patent.

**CaseFile:**     **Schulze v. Schulze**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 53 | **Doc #** | 201 | **Depo. Ex.** | | **Doc Date** | 7/3/2002 |
| **Author/Source** | | Dennis G. LaPointe, Esq. | | **Recipient** | | Todd and Brandi Schulze | |

**Summary**   Invoice for Professional Services Rendered by Dennis LaPointe, Esq. on behalf of Todd and Brandi Schulze regarding patent.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 54 | **Doc #** | 202 | **Depo. Ex.** | | **Doc Date** | 8/14/2002 |
| **Author/Source** | | Dennis G. LaPointe, Esq. | | **Recipient** | | Todd and Brandi Schulze | |

**Summary**   Invoice for Professional Services Rendered by Dennis LaPointe, Esq. on behalf of Todd and Brandi Schulze regarding patent.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 55 | **Doc #** | 203 | **Depo. Ex.** | | **Doc Date** | 9/10/2002 |
| **Author/Source** | | Dennis G. LaPointe, Esq. | | **Recipient** | | Todd and Brandi Schulze | |

**Summary**   Invoice for Professional Services Rendered by Dennis LaPointe, Esq. on behalf of Todd and Brandi Schulze regarding patent.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 56 | **Doc #** | 204 | **Depo. Ex.** | | **Doc Date** | 9/13/2002 |
| **Author/Source** | | Dennis G. LaPointe, Esq. | | **Recipient** | | Todd and Brandi Schulze | |

**Summary**   Invoice for Professional Services Rendered by Dennis LaPointe, Esq. on behalf of Todd and Brandi Schulze regarding patent.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 57 | **Doc #** | 205 | **Depo. Ex.** | | **Doc Date** | 10/9/2002 |
| **Author/Source** | | Dennis G. LaPointe, Esq. | | **Recipient** | | Todd and Brandi Schulze | |

**Summary**   Invoice for Professional Services Rendered by Dennis LaPointe, Esq. on behalf of Todd and Brandi Schulze regarding patent.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 58 | **Doc #** | 206 | **Depo. Ex.** | | **Doc Date** | 11/6/2002 |
| **Author/Source** | | Dennis G. LaPointe, Esq. | | **Recipient** | | Todd and Brandi Schulze | |

**Summary**   Invoice for Professional Services Rendered by Dennis LaPointe, Esq. on behalf of Todd and Brandi Schulze regarding patent.

**CaseFile:**    **Schulze v. Schulze**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | 59 | **Doc #** | 207 | **Depo. Ex.** | **Doc Date** | 12/10/2002 |

**Author/Source**    Dennis G. LaPointe, Esq.          **Recipient**    Todd and Brandi Schulze

**Summary**    Invoice for Professional Services Rendered by Dennis LaPointe, Esq. on behalf of Todd and Brandi Schulze regarding patent.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | 60 | **Doc #** | 208 | **Depo. Ex.** | **Doc Date** | 4/9/2003 |

**Author/Source**    Dennis G. LaPointe, Esq.          **Recipient**    Todd and Brandi Schulze

**Summary**    Invoice for Professional Services Rendered by Dennis LaPointe, Esq. on behalf of Todd and Brandi Schulze regarding patent.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | 61 | **Doc #** | 209 | **Depo. Ex.** | **Doc Date** | 7/2/2003 |

**Author/Source**    Dennis G. LaPointe, Esq.          **Recipient**    Todd and Brandi Schulze

**Summary**    Invoice for Professional Services Rendered by Dennis LaPointe, Esq. on behalf of Todd and Brandi Schulze regarding patent.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 62 | **Doc #** | 209 | A | **Depo. Ex.** | **Doc Date** | 11/25/2003 |

**Author/Source**    Dennis G. LaPointe, Esq.          **Recipient**    Todd and Brandi Schulze

**Summary**    Invoice for Professional Services Rendered by Dennis LaPointe, Esq. on behalf of Todd and Brandi Schulze regarding patent.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | 63 | **Doc #** | 54 | **Depo. Ex.** P54 | **Doc Date** | |

**Author/Source**    Brandi Schulze          **Recipient**    Clayton Schulze

**Summary**    Notes from Brandi Schulze indicating why Square Tie Wire works.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | 64 | **Doc #** | 240 | **Depo. Ex.** | **Doc Date** | 2/5/2005 |

**Author/Source**    Dennis LaPointe          **Recipient**    Todd Schulze

**Summary**    Invoice for professsional services from LaPointe Group.

**CaseFile:**    **Schulze v. Schulze**

| **Exhibit** | 65 | **Doc #** | 241 | | **Depo. Ex.** | | **Doc Date** | 4/11/2005 |
|---|---|---|---|---|---|---|---|---|

**Author/Source**    Dennis LaPointe                              **Recipient**    Todd Schulze

**Summary**    Invoice for professsional services from LaPointe Group.


| **Exhibit** | 66 | **Doc #** | 242 | | **Depo. Ex.** | | **Doc Date** | 6/22/2005 |
|---|---|---|---|---|---|---|---|---|

**Author/Source**    Dennis LaPointe                              **Recipient**    Todd Schulze

**Summary**    Invoice for professsional services from LaPointe Group.


| **Exhibit** | 67 | **Doc #** | 243 | | **Depo. Ex.** | | **Doc Date** | 7/1/2005 |
|---|---|---|---|---|---|---|---|---|

**Author/Source**    Dennis LaPointe                              **Recipient**    Todd Schulze

**Summary**    Invoice for professsional services from LaPointe Group.


| **Exhibit** | 68 | **Doc #** | 227 | A-Y | **Depo. Ex.** | | **Doc Date** | |
|---|---|---|---|---|---|---|---|---|

**Author/Source**    Dennis LaPointe, Esq.                        **Recipient**    Todd & Brandi Schulze

**Summary**    Invoices from Mason Law to Todd & Brandi Schulze.  Documents bear bates range of 227A through and including 227Y.  The date range of the invoices are from 3/27/02 through and including 10/4/04. The invoices total $19,370.16, with an outstanding balance of $1,299.76 (as of 10/4/04).


| **Exhibit** | 69 | **Doc #** | 30 | | **Depo. Ex.** | P-30 | **Doc Date** | |
|---|---|---|---|---|---|---|---|---|

**Author/Source**    Dennis LaPointe                              **Recipient**    Richard Thomson

**Summary**    Courtesy copy of "Notice of Allowance" dated July 27, 2002, sent from Mr. LaPointe to Mr.


| **Exhibit** | 70 | **Doc #** | 32 | | **Depo. Ex.** | P-32 | **Doc Date** | 6/18/2003 |
|---|---|---|---|---|---|---|---|---|

**Author/Source**    USPTO                                        **Recipient**    Richard Thomson

**Summary**    Office Action Summary advising of acceptance and rejection of claims asserted by Clayton Schulze only, as the "preliminary amendment" filed with the "continuation in part application."

**CaseFile:**

**Exhibit**    71    **Doc #**    34                    **Depo. Ex.**    P-34            **Doc Date**    9/5/2002

**Author/Source**    USPTO                    **Recipient**    Thomson

**Summary**    Notice of Publication of Application for Clayton's second application for the Stud Extension Patent.

**Exhibit**    72    **Doc #**    36                    **Depo. Ex.**    P-36            **Doc Date**

**Author/Source**    USPTO, Nahid Ameri                **Recipient**    Richard K. Thomson

**Summary**    Office Communication from the USPTO.  It is a Notice of Abandonment pertaining to Clayton
Schulze's personal application for the Stud Extension patent.

**Exhibit**    73    **Doc #**    37                    **Depo. Ex.**    P-37            **Doc Date**    1/30/2004

**Author/Source**    Richard K. Thomson                **Recipient**    USPTO

**Summary**    Petition by Thomson to have the abandonment of Clayton's Stud Extension application withdrawn.

**Exhibit**    74    **Doc #**    38                    **Depo. Ex.**    P-38            **Doc Date**    12/5/2003

**Author/Source**    Clayton Schulze, Hobo Construction    **Recipient**    Richard K. Thomson

**Summary**    Letter from Clayton Schulze discharging Mr. Thomson, indicating he is hiring the Quinn law firm.

**Exhibit**    75    **Doc #**    31                    **Depo. Ex.**    31            **Doc Date**    9/16/2002

**Author/Source**    Dennis LaPointe                **Recipient**    Richard K. Thomson

**Summary**    Letter advising Mr. Thompson the issue fee for the Stud Extension was due, with notice from USPTO
attached.  Mr. LaPointe requests payment of the fee, advising that his firm does not advance such

**Exhibit**    76    **Doc #**    46                    **Depo. Ex.**    46            **Doc Date**    8/26/1999

**Author/Source**    Clayton E. Schulze                **Recipient**    Sheplers

**Summary**    Invoice to Shepler for 1000 ft "Slab Saver"  in the amount of $2,800.00.  Attached to the invoice is a
copy of a check in the amount of $2,800.00 made payable to HOBO Construction. (8-26-99 Letter
Invoice -C. Shulze to Sheplers).

**CaseFile:**   **Schulze v. Acme**

---

**Exhibit**   77   **Doc #**   47                **Depo. Ex.**   47          **Doc Date**   10/5/1999

**Author/Source**   Clayton E. Schulze, Hobo Construction      **Recipient**   Sheplers

**Summary**   Invoice to Sheplers for 1000 ft "Slab Saver" in the amount of $2,915.26. Attached to the invoice is
a check in the amount of $2,915.26 made payable to HOBO Construction. (10/5/99 Invoice - C.

---

**Exhibit**   78   **Doc #**   48                **Depo. Ex.**   48          **Doc Date**   10/13/1999

**Author/Source**   Clayton E. Schulze, Hobo Construction      **Recipient**   Tilt-Con

**Summary**   Invoice for 1000 ft Slab-Saver to Tilt-Con in the amount of $3,127.66. Attached to the invoice is a
copy of a check from Tilt-Con in the amount of $3,127.66 made payable to Hobo Construction.
(10/13/99 Invoice C. Schulze to Tilt-Con)

---

**Exhibit**   79   **Doc #**   111                **Depo. Ex.**          **Doc Date**

**Author/Source**   Clayton Schulze      **Recipient**

**Summary**   Handwritten listing of expenses, check # and payee for the Slab Saver patent 08/432,904.

---

**Exhibit**   80   **Doc #**   96                **Depo. Ex.**          **Doc Date**   9/4/1999

**Author/Source**   Hobo Construction Co.      **Recipient**   NEO Industries

**Summary**   Hobo Construction check #2217 payable to NEO Industries in the amount of $1,228.00.

---

**Exhibit**   81   **Doc #**   99                **Depo. Ex.**          **Doc Date**   11/15/1999

**Author/Source**   Hobo Construction Co.      **Recipient**

**Summary**   Check stubs for check # 1002 & 1003 both payable to NEO in the amounts of $1,265.25 and
$1,477.66. Also included is a checking deposit slip in the amount of $2,915.26 (check received from

---

**Exhibit**   82   **Doc #**   101                **Depo. Ex.**          **Doc Date**   6/26/2000

**Author/Source**   Panel Systems      **Recipient**   Hobo Construction Co.

**Summary**   Panel Systems check #001162 in the amount of $13,846.00 payable to Hobo Construction.
Document is annotated with breakdown of amounts payable to NEO, Todd, Brandi and Hobo.

**CaseFile:**   **Schulze v. Schulze**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 83 | **Doc #** | 102 | **Depo. Ex.** | | **Doc Date** | 3/27/2000 |

**Author/Source**   Panel Systems                              **Recipient**   Hobo Construction Co.

**Summary**   Panel Systems check #001164 in the amount of $13,846.00 payable to Hobo Construction and Hobo's deposit slip.  Document is annotated with breakdown of amounts payable to NEO, Todd,

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 84 | **Doc #** | 103 | **Depo. Ex.** | | **Doc Date** | 3/28/2000 |

**Author/Source**   Hobo Construction                          **Recipient**   NEO Industries

**Summary**   Hobo Construction checks # 1092 & 1093 payable to NEO Industries in the amounts of $6,923.00 &

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 85 | **Doc #** | 104 | **Depo. Ex.** | | **Doc Date** | 1/27/2000 |

**Author/Source**   Hobo Construction                          **Recipient**   NEO Industries; Prudential

**Summary**   Hobo Construction checks #1042, 1050; 1051; 1052 & 1057 payable to NEO Industries ($7,363.68 & 194.73), Prudential Securities ($1,000.00 for Todd's IRA), ($1,000.00 for Brandi's IRA) and Savings ($1,211.50).  Hobo deposit slip in the amount of $14,286.68 (payment from Panel Systems).

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 86 | **Doc #** | 105 | **Depo. Ex.** | | **Doc Date** | 2/15/2000 |

**Author/Source**   Hobo Construction                          **Recipient**

**Summary**   Hobo Construction deposit slip in the amount of $944.80.  Annotation states $244.80 came from Panel Systems and $700 came from Bill Bolte for 2 cows.  Also provides a break down of the $244.80 amount as being distributed among NEO, Todd and Clayton.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 87 | **Doc #** | 107 | **Depo. Ex.** | | **Doc Date** | 6/30/2000 |

**Author/Source**   Hobo Construction                          **Recipient**   NEO Industries; Prudential

**Summary**   Hobo Construction checks #1165 payable to NEO ($6,923.00), 1167 & 1168 payable to Prudential Securities ($1,500 @) for Todd & Brandi's IRAs.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 88 | **Doc #** | 108 | **Depo. Ex.** | | **Doc Date** | 5/14/1999 |

**Author/Source**   Hobo Construction                          **Recipient**   NEO Industries

**Summary**   Hobo Construction check #2161 in the amount of $850.00 for the Ext. Die for the Slab Saver.

**CaseFile:**    **Schulze v. Schulze**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 89 | **Doc #** | 109 | **Depo. Ex.** | | **Doc Date** | 4/4/2002 |

**Author/Source**    Dayton Superior    **Recipient**    Hobo Construction

**Summary**    Dayton Superior check stub for check #357268 in the amount of $926.50.  Document is annotated detailing payments made with check.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 90 | **Doc #** | 125 | **Depo. Ex.** | | **Doc Date** | 11/30/1999 |

**Author/Source**    Triden Construction Supply Co.    **Recipient**    Hobo Construction

**Summary**    Facsimile transmittal of Purchase Order to Hobo/Panel Systems for Slab Saver.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 91 | **Doc #** | 176 | **Depo. Ex.** | | **Doc Date** | 12/17/2002 |

**Author/Source**    Clayton Schulze (Hobo Construction)    **Recipient**    Hughes Supply

**Summary**    Various invoices to Hughes Supply for Stud Extension with a date span of 12/17/02 through 7/1/03.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 92 | **Doc #** | 178 | **Depo. Ex.** | | **Doc Date** | 4/30/2003 |

**Author/Source**    Hughes Supply    **Recipient**    Clayton Schulze (Hobo

**Summary**    Hughes Supply check #001751507-4 in the amount of $1,810.32 payable to Hobo Construction.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 93 | **Doc #** | 179 | **Depo. Ex.** | | **Doc Date** | 7/28/2003 |

**Author/Source**    Construction Materials    **Recipient**    Clayton Schulze (Hobo

**Summary**    Construction Materials check #61429 in the amount of $2,408.61 payable to Hobo Construction. Invoices are attached.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 94 | **Doc #** | 184 | **Depo. Ex.** | | **Doc Date** | 4/7/2003 |

**Author/Source**    Clayton Schulze (Hobo Construction)    **Recipient**    Brian Farrell (Hughes Supply)

**Summary**    Letter transmitting information (price, size and packaging information) for the purchase of Stud

**CaseFile:**     **Schulze v. Schulze**

| **Exhibit** | 95 | **Doc #** | 95 | **Depo. Ex.** | | **Doc Date** | 9/7/1999 |

**Author/Source**     Shepler's                    **Recipient**     Hobo Construction

**Summary**     Shepler's check stub for check #968761 in the amount of $2,800.00. Document is annotated with payments made.

| **Exhibit** | 96 | **Doc #** | 97 | **Depo. Ex.** | | **Doc Date** | 1/10/2000 |

**Author/Source**     Hobo Construction Co.                    **Recipient**     Ed Niebauer, Esq.

**Summary**     Hobo Construction check #1033 payable to Ed Niebauer, Esq. in the amount of $250.00. Annotation states Clayton paid this for Todd.

| **Exhibit** | 97 | **Doc #** | 100 | **Depo. Ex.** | | **Doc Date** | 11/26/1999 |

**Author/Source**     Hobo Construction Co.                    **Recipient**

**Summary**     Hobo Construction checking deposit slip in the amount of $3,127.66 (received from Tilt Con).

| **Exhibit** | 98 | **Doc #** | 106 | **Depo. Ex.** | | **Doc Date** | 8/17/1996 |

**Author/Source**     Hobo Construction                    **Recipient**     Various

**Summary**     Copies of Hobo Construction checks # 1822 ($645.00) to USPTO; 1874 ($300.00), 1899 ($210.00), 1937 ($815.00), 4371 ($1,500.00) payable to W. Van Royen, Esq.; 4649 ($150.00) payable to Douglas McDonald, Esq., 1821 ($55.00), 2737 ($10.00), 3554 ($365.00), 3704 ($65.00) payable to USPTO. Checks have a date range of 12/6/93 through 5/15/98.

| **Exhibit** | 99 | **Doc #** | 121 | **Depo. Ex.** | | **Doc Date** | 6/26/2000 |

**Author/Source**     Panel Systems                    **Recipient**     Hobo Construction

**Summary**     Panel Systems check #001162 in the amount of $13,846.00 payable to Hobo Construction. Document is annotated with payment information.

| **Exhibit** | 100 | **Doc #** | 123 | **Depo. Ex.** | | **Doc Date** | 1/27/2000 |

**Author/Source**     Clayton Schulze (Hobo Construction)                    **Recipient**     Panel Systems

**Summary**     Letter detailing an open invoice in the amount of $230.00 for 100ft of Slab Saver.

**CaseFile:**    **Schulze v. Schulze**

**Exhibit**    101    **Doc #**    124    **Depo. Ex.**    **Doc Date**    1/25/2000

**Author/Source**    Panel Systems    **Recipient**    Hobo Construction

**Summary**    Panel Systems check #001023 in the amount of $14,286.68 payable to Hobo Construction.


**Exhibit**    102    **Doc #**    127    **Depo. Ex.**    **Doc Date**    2/10/2000

**Author/Source**    Panel Systems    **Recipient**    Hobo Construction

**Summary**    Panel Systems check #001034 in the amount of $244.80 payable to Hobo Construction.


**Exhibit**    103    **Doc #**    128    **Depo. Ex.**    **Doc Date**    1/25/2000

**Author/Source**    Panel Systems    **Recipient**    Hobo Construction

**Summary**    Panel Systems check #001023 in the amount of $14,286.68 payable to Hobo Construction.


**Exhibit**    104    **Doc #**    129    **Depo. Ex.**    **Doc Date**    12/3/1999

**Author/Source**    NEO Industries    **Recipient**    Hobo Construction

**Summary**    NEO Industries invoices dated 12/3/99 ($64.91) and 12/20/99 ($7,363.68) directed to Hobo Construction.  Slab Savers were shipped to Panel Systems.


**Exhibit**    105    **Doc #**    130    **Depo. Ex.**    **Doc Date**    12/21/1999

**Author/Source**    Tony (NEO Industries)    **Recipient**    Clayton Schulze (Hobo

**Summary**    Facsimile transmittal stating two shipments have been combined into one invoice totaling $440.68.


**Exhibit**    106    **Doc #**    131    **Depo. Ex.**    **Doc Date**    11/30/1999

**Author/Source**    Clayton Schulze (Hobo Construction)    **Recipient**    NEO Industries

**Summary**    Facsimile transmittal of Purchase Order for delivery of Slab Saver HDPE Extrusion to Panel

**CaseFile:**   **Schulze v. Schulze**

| **Exhibit** | 107 | **Doc #** | 132 | **Depo. Ex.** | | **Doc Date** | 12/3/1999 |

**Author/Source**   NEO Industries                              **Recipient**   Clayton Schulze (Hobo

**Summary**   Facsimile transmittal of NEO invoices dated 12/3/99; 12/20/99; 2/24/00 and 4/27/00.  Slab Savers
are to be shipped to Panel Systems.

| **Exhibit** | 108 | **Doc #** | 133 | **Depo. Ex.** | | **Doc Date** | 11/30/1999 |

**Author/Source**   Triden Constuction Supply              **Recipient**   Clayton Schulze (Hobo

**Summary**   Triden purchase order for Slab Saver with Hobo as the vendor and Panel Systems as the purchaser.

| **Exhibit** | 109 | **Doc #** | 134 | **Depo. Ex.** | | **Doc Date** | 2/16/2000 |

**Author/Source**   Clayton Schulze (Hobo Construction)        **Recipient**   NEO Industries

**Summary**   Hobo Construction purchase order to NEO Industries for Slab Saver HDPE Extrusion to be shipped
to Panel Systems.

| **Exhibit** | 110 | **Doc #** | 135 | **Depo. Ex.** | | **Doc Date** | 3/3/2000 |

**Author/Source**   Clayton Schulze (Hobo Construction)        **Recipient**   Panel Systems

**Summary**   Hobo Construction invoice to Panel Systems in the amount of $13,846.00 for Slab Saver.

| **Exhibit** | 111 | **Doc #** | 136 | **Depo. Ex.** | | **Doc Date** | 12/3/1999 |

**Author/Source**   NEO Industries                              **Recipient**   Hobo Construction

**Summary**   NEO Industries invoice in the amount of $64.91 to Hobo Construction for Slab Saver sent to Panel

| **Exhibit** | 112 | **Doc #** | 137 | **Depo. Ex.** | | **Doc Date** | 4/11/2002 |

**Author/Source**   Clayton Schulze (Hobo Construction)        **Recipient**   William H. Beaver

**Summary**   Letter to William Beaver stating the shipment of the Stud Extension was paid for and transmitting a
copy of Dayton Superior check #357268 in the amount of $926.50 payable to Hobo Construction.
Document is annotated with the division of the funds.  Document subject line is "Bonnie and Clyde".

**CaseFile:**     **Schulze v. Schulze**

| | | | | | |
|---|---|---|---|---|---|
| **Exhibit** | 113 | **Doc #** | 138 | **Depo. Ex.** | **Doc Date** 4/21/2000 |

**Author/Source**    Clayton Schulze (Hobo Construction)        **Recipient**    NEO Industries

**Summary**    Transmittal of Panel Systems new address for held shipment.  Triden Construction 11/30/99 supply invoice in the amount of $13,800.00 with Hobo Construction as the vendor and Hobo Construction 3/28/00 purchase order to NEO for Slab Saver HDPE Extrusion are attached.


| | | | | | |
|---|---|---|---|---|---|
| **Exhibit** | 114 | **Doc #** | 139 | **Depo. Ex.** | **Doc Date** 3/27/2000 |

**Author/Source**    Panel Systems        **Recipient**    Hobo Construction

**Summary**    Panel Systems check #001064 in the amount of $13,846.00 payable to Hobo Construction. Document is annotated with the division of the funds.  Hobo Construction 4/28/00 invoice to Panel Systems for FT HDP Slab Saver in the amount of $13,846.00 is attached.


| | | | | | |
|---|---|---|---|---|---|
| **Exhibit** | 115 | **Doc #** | 140 | **Depo. Ex.** | **Doc Date** 11/14/2000 |

**Author/Source**    American Freightways        **Recipient**    Clayton Schulze (Hobo

**Summary**    Request for credit information on Panel Systems.


| | | | | | |
|---|---|---|---|---|---|
| **Exhibit** | 116 | **Doc #** | 141 | **Depo. Ex.** | **Doc Date** 5/1/2000 |

**Author/Source**    Bob Cameron (Panel Systems)        **Recipient**    Clayton Schulze

**Summary**    Facsimile transmittal of payment agreement which provides for payment of material shipped on 4/28/00 to be paid 6/25/00.


| | | | | | |
|---|---|---|---|---|---|
| **Exhibit** | 117 | **Doc #** | 144 | **Depo. Ex.** | **Doc Date** 12/20/1999 |

**Author/Source**    Clayton Schulze (Hobo Construction)        **Recipient**    Panel Systems

**Summary**    Hobo Construction invoice in the amount of $14,286.68 to Panel Systems


| | | | | | |
|---|---|---|---|---|---|
| **Exhibit** | 118 | **Doc #** | 146 | **Depo. Ex.** | **Doc Date** 9/5/2003 |

**Author/Source**    Clayton Schulze (Hobo Construction)        **Recipient**    Tom Fahey  (Universal Form

**Summary**    Letter informing Mr. Fahey that the Stud Extension that Universal is importing from China is in violation of the US patent laws.  Clayton advises Mr. Fahey to immediately stop importing and selling the Stud Extension and demands an accounting of all sales and commissions.

**CaseFile:**    **Schulze v. Schulze**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | 119 | **Doc #** | 147 | **Depo. Ex.** | **Doc Date** | 1/7/2002 |

**Author/Source**    Bob Vanicek (Precision Machining)    **Recipient**    Clayton Schulze (Hobo

**Summary**    Precision Machining invoice and packing slip to Hobo Construction for 2 Cavitity Molds in the amount of $3,500.00.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | 120 | **Doc #** | 168 | **Depo. Ex.** | **Doc Date** | 2/25/2002 |

**Author/Source**    Clayton Schulze (Hobo Construction)    **Recipient**    Michael Vadzemnieks (Springfield Plastics)

**Summary**    Transmittal of Purchase Order for Stud Extension, total amount of purchase order is $292.00.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | 121 | **Doc #** | 169 | **Depo. Ex.** | **Doc Date** | 4/22/2003 |

**Author/Source**    Heather (Hughes Supply)    **Recipient**    Clayton Schulze

**Summary**    Facsimile transmittal requesting shipment of Stud Extensions.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | 122 | **Doc #** | 170 | **Depo. Ex.** | **Doc Date** | 4/7/2003 |

**Author/Source**    Clayton Schulze (Hobo Construction)    **Recipient**    Brian Farrell (Huges Supply)

**Summary**    Letter transmitting information (price, size and packaging information) for the purchase of Stud

| | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | 123 | **Doc #** | 171 | **Depo. Ex.** | **Doc Date** | 11/21/2001 |

**Author/Source**    Clayton Schulze (Hobo Construction)    **Recipient**    Bob Vanicek (Precision Machining)

**Summary**    Letter stating the quote given to him was way out of the ballpark, and not negotiable.  States the original quote was more in line.  Would like to work out the differences.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | 124 | **Doc #** | 172 | **Depo. Ex.** | **Doc Date** | 11/20/2001 |

**Author/Source**    Bob Vanicek (Precision Machining)    **Recipient**    Clayton Schulze (Hobo

**Summary**    Facsimile transmittal of tooling quote for plastic parts to go with the nelson studs (2 cav mold).

**CaseFile:**    **Schulze v. Schulze**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | 125 | **Doc #** | 173 | **Depo. Ex.** | **Doc Date** | 9/28/2001 |

**Author/Source**    Clayton Schulze (Hobo Construction)    **Recipient**    D&F Tool Inc.

**Summary**    Letter stating the quote for the Stud Spacer mold and parts is unacceptable and too high to even

| | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | 126 | **Doc #** | 175 | **Depo. Ex.** | **Doc Date** | 10/18/2001 |

**Author/Source**    Michael Vadzemnieks (Sprinfield    **Recipient**    Clayton Schulze (Hobo

**Summary**    Facsimile transmittal of revised quote for tooling and production for 2 cavity Weldment Spacer.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | 127 | **Doc #** | 177 | **Depo. Ex.** | **Doc Date** | 5/9/2003 |

**Author/Source**    Precise Plastics    **Recipient**    Clayton Schulze (Hobo

**Summary**    Two invoices from Precise Plastics for Stud Extension.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | 128 | **Doc #** | 180 | **Depo. Ex.** | **Doc Date** | 7/1/2003 |

**Author/Source**    Precise Plastics    **Recipient**    Clayton Schulze (Hobo

**Summary**    Precise Plastics invoice to Hobo Construction in the amount of $187.46 for Stud Extension.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | 129 | **Doc #** | 181 | **Depo. Ex.** | **Doc Date** | 1/25/2000 |

**Author/Source**    Panel Systems    **Recipient**    Clayton Schulze (Hobo

**Summary**    Panel Systems check #001023 in the amount of $14,286.68 payable to Hobo Construction. Document is annotated with division of payment.  Quote from Lake Erie Molded Plastics is attached.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | 130 | **Doc #** | 182 | **Depo. Ex.** | **Doc Date** | 11/30/1999 |

**Author/Source**    Panel Systems    **Recipient**    Clayton Schulze (Hobo

**Summary**    Copies of Panel Systems check stubs for checks #'d 001034 and 001023 in the amounts of $244.80 and $14,286.68.  Document is annotated with division of payment.

**CaseFile:**     **Schulze v. Schulze**

| | | | | | |
|---|---|---|---|---|---|
| **Exhibit** | 131 | **Doc #** | 183 | **Depo. Ex.** | **Doc Date** 4/23/2003 |

**Author/Source**   Precise Plastics                **Recipient**   Clayton Schulze (Hobo

**Summary**   Precise Plastics Quote for Cement Clip and Cement Clip Holder.


| | | | | | |
|---|---|---|---|---|---|
| **Exhibit** | 132 | **Doc #** | 185 | **Depo. Ex.** | **Doc Date** 5/2/2003 |

**Author/Source**   Precise Plastics                **Recipient**   Clayton Schulze (Hobo

**Summary**   Precise Plastics Quote for Cement Clip and Cement Clip Holder.


| | | | | | |
|---|---|---|---|---|---|
| **Exhibit** | 133 | **Doc #** | 188 | **Depo. Ex.** | **Doc Date** 7/2/2003 |

**Author/Source**   Clayton Schulze (Hobo Construction)     **Recipient**   Construction Materials

**Summary**   Various invoices to Construction Materials for Stud Extensions.  Invoices have a date range of 6/23/03 through 7/2/03.


| | | | | | |
|---|---|---|---|---|---|
| **Exhibit** | 134 | **Doc #** | 226 | **Depo. Ex.** | **Doc Date** |

**Author/Source**   Greystone Legal Associates         **Recipient**   Todd and Brandi Schulze

**Summary**   Invoices detailing  time and costs for Legal Counsel directed to Plaintiffs, Todd and Brandi Schulze.


| | | | | | |
|---|---|---|---|---|---|
| **Exhibit** | 135 | **Doc #** | 150 | **Depo. Ex.** | **Doc Date** 7/27/2002 |

**Author/Source**   USPTO                **Recipient**   Mason & Associates

**Summary**   Transmittal of Notice of Allowance and Fees Due for Todd Schulze patent application no 09/777,400 (Weldment Plate Spacer/Support).


| | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | 136 | **Doc #** | 53 | **Depo. Ex.** | P-53 | **Doc Date** 8/2/2002 |

**Author/Source**   Springfield Plastics             **Recipient**   Todd Schulze

**Summary**   Fax from Springfield Plastics, in which SPI advises Todd Schulze that Clayton has demanded the mold "on the strength of his judgment."  SPI is releasing the mold to Clayton.

**CaseFile:**  **Schulze v. Schulze**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit** | 137 | **Doc #** | 112 | **Depo. Ex.** | | **Doc Date** | 12/28/1999 |
| **Author/Source** | Hobo Construction | | | **Recipient** | | | |

**Summary**  Various deposit slips with a date range of 12/28/99 through 7/30/00.  Document is annotated.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | 137 | **Doc #** | 244 | **Depo. Ex.** | | **Doc Date** |
| **Author/Source** | Greystone Legal Associataes | | | **Recipient** | | |

**Summary**  Accounting of Costs & Income to Clayton & Patricia Schulze (Not including loan accounts).

| | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | 138 | **Doc #** | 239 | **Depo. Ex.** | | **Doc Date** |
| **Author/Source** | Clayton Schulze | | | **Recipient** | | |

**Summary**  Breakdown of Fukuvi payment which was used for molds.  Payments made to Precision Machine.