In The
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TODD M. SCHULZE**, | : | |
| Plaintiff, | : | Civil Action No. **02-155E** |
| vs. | : | |
| **CLAYTON E. SCHULZE** and **PATRICIA SCHULZE**, husband and wife, | : | |
| Defendants, | : | |
| vs. | : | |
| **TODD M. SCHULZE** and **BRANDI SCHULZE**, husband and wife; and **MR. T's RE-BAR, INC.**, | : | |
| Counterclaim Defendants. | : | |
| _____/ | | |

## ORDER OF COURT

This matter came before the Court upon a motion by Plaintiff Todd M. Schulze for leave to file a Second Amended Pretrial Statement. The Plaintiff has represented to the Court that the amendments the Plaintiff seeks to make are necessary to address substantial changes in the claims which are before this Court, which have occurred since the time of the pretrial conference in this case. Among those changes are the severance of the parties' competing claims arising out of alleged loan agreements and submission of those claims to binding arbitration (*see*, Order dated April 23, 2005), the deposition of a non-party, Fukuvi USA, Inc., which has altered the Plaintiff's claim for an accounting of royalties allegedly due and payable from Fukuvi USA, Inc., and the

- 2 -

withdrawal by the Plaintiff of a claim for damages resulting from the alleged loss of an opportunity to sell his patent rights.

The Court has considered the Motion and the "Second Amended Pretrial Statement," and finds there is good cause for allowing the Plaintiff to amend his current Pretrial Statement. Accordingly, it is this _____ day of _____, 2005:

ORDERED, that the "Motion By The Plaintiff For Leave To Amend Pretrial Statement" is GRANTED; and the "Plaintiff's Second Amended Pretrial Narrative Statement" shall be accepted for filing in this matter.

_____
Sean J. McLaughlin,
United States District Judge