**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing "Plaintiff's Motion for Leave to Amend Pretrial Statement" has been served upon counsel for Defendants Clayton Schulze and Patricia Schulze on July 7, 2005, by Federal Express/Overnight mail, addressed as follows:

>Brian D. Fife, Esq.
>Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc.
>2222 West Grandview Blvd.
>Erie, Pa.  16506-4509

>Respectfully submitted,


>s/ Janice M. Colagrande_____
>Janice M. Colagrande
>Paralegal