IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD M. SCHULZE,  )  <br>    Plaintiff,  )  <br>        )  <br>Vs.  )  <br>        )  <br>CLAYTON E. SCHULZE, et al.,  )  <br>    Defendants.  )  | Civil Action No. 02-155 Erie |

**O R D E R**

AND NOW, to with, this 11th day of July, 2005, the Court having been advised that the parties have reached an agreement upon a settlement in the above-captioned matter, IT IS HEREBY ORDERED that this case is marked administratively closed. The parties should file a Rule 41 Stipulation for dismissal with a one-page proposed order granting the stipulation. It appears no further action is required by the Court at this time.

                                                S/Sean J. McLaughlin
                                                Sean J. McLaughlin
                                                United States District Judge

cc: all parties of record. nk