UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TODD M. SCHULZE**, | : | |
| Plaintiff, | : | Civil Action No. **02-155E** |
| vs. | : | |
| **CLAYTON E. SCHULZE** and **PATRICIA SCHULZE**, husband and wife, | : | |
| | : | |
| Defendants, | : | |
| vs. | : | |
| **TODD M. SCHULZE** and **BRANDI SCHULZE**, husband and wife; and **MR. T's RE-BAR, INC.**, | : | |
| | : | |
| Counterclaim Defendants. | : | |
| _____/ | | |

STIPULATION TO DISMISSAL

The Plaintiff, the Defendants and the Counterclaim Defendants hereby stipulate to dismissal of the above-captioned action, with prejudice, pursuant to the settlement of all claims asserted in this case.

Respectfully submitted,

S/ Peter N. Georgiades  
Pa. I.D. No. 25554  
Greystone Legal Associates, P.C.  
2313 East Carson Street – Suite 201  
Pittsburgh, PA   15203  
Attorney for Plaintiff and  
Counterclaim Defendants

S/ Bryan D. Fife, Esq.  
Pa. I.D. No. 83345  
Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc.  
2222 West Grandview Blvd  
Erie, PA   16506-4508  
Attorneys for the Defendants

SO ORDERED:            Dated: _____

_____
Sean F. McLaughlin,
United States District Judge